# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Phillip Henriques,

        Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                                        3:06cv27-2

United States of America,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 24, 2006 Order.

Henriques v. USA                Doc. 4

FRANK G. JOHNS, CLERK

January 25, 2006            BY: *[signature]*

                                    Cynthia Huntley, Deputy Clerk